**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1280

ADELINE B. BENJAMIN,

Plaintiff - Appellant,

versus

ANN VENEMAN, Secretary, United States
Department of Agriculture,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge.
(8:05-cv-00175-PJM)

Submitted: February 14, 2007        Decided: March 8, 2007

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis J. Karpel, Richard J. Link, Jr., KARPEL & LINK, Silver
Spring, Maryland, for Appellant. Rod J. Rosenstein, United States
Attorney, Ariana W. Arnold, UNITED STATES ATTORNEY'S OFFICE,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adeline B. Benjamin appeals the district court's order granting summary judgment in favor of her employer, the U.S. Department of Agriculture, on her claims of retaliation and hostile work environment brought under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). Summary judgment is appropriate only if, viewing the evidence in the light most favorable to the non-moving party, there are no genuine issues of material fact in dispute and the moving party is entitled to judgment as a matter of law. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 255 (1986); Evans v. Technologies Applications & Serv. Co., 80 F.3d 954, 958 (4th Cir. 1996). We have thoroughly reviewed the briefs and joint appendix and find no reversible error. Accordingly, we affirm for the reasons stated by the district court on January 30, 2006. (JA 1758-1770). Benjamin v. Veneman, No. 8:05-cv-00175-PJM (D. Md. Jan. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decision making process.

AFFIRMED

- 2 -